E-FILED
Wednesday, 15 September, 2004  04:38:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2093 |
| ) | |
| LISA J. FLEMING, fka ) | |
| LISA J. FLORES, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on May 11, 2004.  In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendant, LISA J. FLEMING, fka LISA J. FLORES, returned the Waiver of Service of Summons form which was filed in this cause on June 2, 2004. That said defendant has not answered or otherwise pleaded to said Complaint filed herein and consequently, is in default for her failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3. The Sworn Affidavit of Costs and the Affidavit of Gerald A. Townsend, Acting State Director, Rural Development, are attached hereto and incorporated herein.

WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

                                           Respectfully submitted,

                                           JAN PAUL MILLER
                                           United States Attorney

By:    s/David H. Hoff
         DAVID H. HOFF, ARDC No. 1234072
         United States Attorney
         201 S. Vine Street, Suite 226
         Urbana, IL 61802
         Phone:  217/373-5875
         Fax: 217/373-5891
         email: david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of September 2004, I electronically filed the Motion to Enter Default Judgment of Foreclosure with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Lisa J. Fleming
>fka Lisa J. Flores
>112 Coronado
>Catlin, IL 61817

>/S/ David H. Hoff
>DAVID H. HOFF, ARDC No. 1234072
>United States Attorney
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Phone:  217/373-5875
>Fax:  217/373-5891
>email:  david.hoff@usdoj.gov