UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  04-2093 |
| | ) |
| LISA J. FLEMING, fka | ) |
| LISA J. FLORES, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION

DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct.  Dated this 15th day of September 2004.

s/David H. Hoff
DAVID H. HOFF, ARDC No. 1234072
United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
email:  david.hoff@usdoj.gov