E-FILED
Wednesday, 15 September, 2004  04:40:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2093 |
| LISA J. FLEMING, fka LISA J. FLORES, | ) |
| Defendant. | ) |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, LISA J. FLEMING, fka LISA J. FLORES, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at their last known address. To date, no response has been received from said defendant. To further determine the military status of the defendant-mortgagor, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagors' respective social security numbers. The national database confirmed that the mortgagor is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 15th day of September 2004.

s/ David H. Hoff
DAVID H. HOFF, ARDC No. 1234072
United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
email: david.hoff@usdoj.gov
