

U.S. Department of Justice

**United States Attorney**
**Central District of Illinois**

*Jan Paul Miller*  
*United States Attorney*

*Urbana Division Office*  
*Urbana Federal Building and U.S. Courthouse*  
*201 South Vine Street, Suite 226*  
*Urbana, Illinois 61802-3369*  
*TEL: (217) 373-5875*  
*FAX: (217) 373-5891*

June 23, 2004

Ms. Lisa J. Fleming, fka Lisa J. Flores  
112 Coronado  
Catlin, IL 61817

Re:   U.S. vs. Flores  
      Case No. 04-2093

Dear Ms. Fleming:

As you are aware, we are in the process of foreclosing on property at 112 Coronado, Catlin, Illinois.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

JAN PAUL MILLER  
United States Attorney


s/ David H. Hoff  
DAVID H. HOFF  
Assistant United States Attorney

DHH:sk