UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2093 |
| LISA J. FLEMING, fka<br>LISA J. FLORES, | ) |
| Defendant. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 27th day of September 2004, at 9:00 A.M., or as soon thereafter as the matter may be heard, before the Honorable Harold A. Baker in the United States District Court, 201 S. Vine Street, Court Room A, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 15th day September 2004.

Respectfully submitted,

JAN PAUL MILLER
United States Attorney

By: s/David H. Hoff
DAVID H. HOFF, ARDC #1234072
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of September 2004, I electronically filed the Notice of Hearing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Lisa J. Fleming, fka Lisa J. Flores
>112 Coronado
>Catlin, IL 61817

>s/ David H. Hoff
>DAVID H. HOFF, ARDC No. 1234072
>Assistant United States Attorney
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Phone:  217/373-5875
>Fax:  217-373-5891
>david.hoff@usdoj.gov