AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 08 October, 2004  04:37:25 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
        **Plaintiff**

vs.                                                                          Case Number:    **04-2093**

**LISA J. FLEMING, fka**
**LISA J. FLORES,**
        **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff and against the defendant.

                                        ENTER this 8th day of October, 2004.

                                                s/ John M. Waters
                                            JOHN M. WATERS, CLERK

                                                s/ M. Talbott
                                            BY:  DEPUTY CLERK