UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2093 |
| LISA J. FLEMING, fka LISA J. FLORES, | ) |
| Defendant. | ) |

NOTICE OF ENTRY OF DEFAULT ORDER

You, LISA J. FLEMING fka LISA J. FLORES, the above-named defendant, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 8th day of October 2004, United States District Judge Michael P. McCuskey entered an Order of Default against you. The title of this lawsuit is United States of America v. Lisa J. Fleming, fka Lisa J. Flores. The Court No. is Civil No. 04-2093 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois. The date of entry of said Order

of Default against you is:  October 8, 2004.  Notice of Right to Redeem:  You may redeem the property within the time and in the manner provided by law.

        Respectfully submitted,

        JAN PAUL MILLER
        United States Attorney

BY:   s/David H. Hoff_____
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of October 2004, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lisa J. Fleming
    fka Lisa J. Flores
    P.O. Box 109
    Potomac, IL 61865

    s/David H. Hoff_____
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov