UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2093 |
| | ) |
| LISA J. FLEMING, fka | ) |
| LISA J. FLORES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

> Nancy Bitto
> Community Development Specialist
> Rural Development
> 2110 W. Park Court
> Champaign, IL 61821
>
> Telephone No: 217-398-5201, Ext. 4

2. The common address and other common description, if any, of the real estate is:

> 112 Coronado, Catlin, Illinois 61817

3. The legal description of the real estate is:

Lot 5 in Westwood First Addition to the Village of Catlin, as shown by the Survey and Plat thereof recorded in Book 850 page118 et. seq. as Doc. No. 861098 in the Recorder's Office of Vermilion County, Illinois, situated in Vermilion County, Illinois.

4. The real estate may be inspected prior to sale at the following times:

   (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:

   10:00 A.M. January 6, 2005, inside the main entrance of the Vermilion County Courthouse, Danville, Illinois.

6. The terms of the sale are:

   10% of purchase price payable at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2004 and thereafter to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

8. Upon receipt of the entire purchase price amount, a Certificate of Sale shall be forwarded to the Marshal for execution describing the lands and tenements purchased and the sum paid therefor to be tendered to the purchaser. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 9th day of November 2004.

                                s/Steven D. Deatherage
                                UNITED STATES MARSHAL
                                CENTRAL DISTRICT OF ILLINOIS