UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2093 |
| LISA J. FLEMING, fka<br>LISA J. FLORES, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE OF NOTICE OF<br>MARSHAL'S SALE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Central District of Illinois and is a person of such age and discretion as to be competent to serve papers.

I hereby certify that on the 1st day of December 2004, I electronically filed the Notice of Marshal's Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Addressee:

Lisa J. Fleming
fka Lisa J. Flores
P.O. Box 109
Potomac, IL 61865

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov