**Public Notices**

22771-12/8, 15, 22, 29 -04
UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
UNITED STATES
OF AMERICA,
        Plaintiff,
        vs.
LISA J. FLEMING, fka
LISA J. FLORES,
        Defendant.
Case No. 04-2093
**NOTICE OF MARSHAL'S
SALE**
PUBLIC NOTICE is hereby
given that pursuant to a
judgment of foreclosure en-
tered by the court in the
above-entitled cause, the
property hereinafter de-
scribed or so much thereof
as shall be sufficient to sat-
isfy said judgment, will be
sold to the highest bidder.
1. The name, address and
telephone number of the
person to contact for infor-
mation regarding the real
estate is:
Nancy Bitto
Community Development
Specialist
Rural Development
2110 W. Park Court
Champaign, IL 61821
Telephone No:
217-398-5201, Ext. 4
2. The Common address
and other Common de-
scription, if any, of the real
estate is:
112 Coronado, Catlin,
Illinois 61817
3. The legal description of
the real estate is:
Lot 5 in Westwood First Ad-
dition to the Village of Cat-
lin, as shown by the Survey
and Plat thereof recorded
in Book 850 page 118 et.
seq. as Doc. No. 861098 in
the Recorder's Office of
Vermilion County, Illinois,
situated in Vermilion Coun-
ty, Illinois.
4. The real estate may be
inspected prior to sale at
the following times:
(Available for inspection
during business hours
upon reasonable advance
notice to the county office
listed above.)
5. The time and place of
the sale are:
10:00 A.M. January 6,
2005, inside the main en-
trance of the Vermilion
County Courthouse, Dan-
ville, Illinois.
6. The terms of the sale
are:
10% of purchase price pay-
able at time and place of
sale by certified check. Bal-
ance to be paid by certified
check received by the Unit-
ed States Marshal, 100
N.E. Monroe, Room 264,
Peoria, Illinois 61602, with-
in thirty (30) days of date of
said sale. If the balance is
not received within said
time period, the 10% pay-
ment made at time of sale
shall be forfeited to the
United States, the sale
shall be void and a new
sale shall be scheduled by
the Court.
7. Title will be conveyed
subject to all general real
estate taxes for the years
2004 and thereafter to be
paid by buyer(s), which are
a lien upon the real estate,
and special assessments, if
any, and easements and
restrictions of record.
Buyer(s) shall also be re-
sponsible for payment of
the real estate transfer tax
(35 ILCS 200-310-45).
8. Upon receipt of the en-
tire purchase price amount,
a Certificate of Sale shall
be forwarded to the Mar-
shal for execution describ-
ing the lands and tene-
ments purchased and the
sum paid therefor to be ten-
dered to the purchaser.
Upon confirmation of said
sale by the Court, the hold-
er of said Certificate of Sale
shall be entitled to a deed
or said premises.
DATED at Springfield,
Illinois, this 9th day of
November 2004.
Steven D. Deatherage
UNITED STATES
MARSHAL
CENTRAL DISTRICT
OF ILLINOIS

STATE OF ILLINOIS           )
County of Vermilion         ) ss.
City of Danville            )

COMMUNITY NEWSPAPER HOLDING INC., DBA THE COMMERCIAL-NEWS, a corporation, organized and existing under and pursuant to the laws of the State of Illinois, HEREBY CERTIFIES.

That it is the PUBLISHER of the COMMERCIAL-NEWS, and the COMMERCIAL-NEWS is a secular newspaper of general circulation in Vermilion County, Illinois, printed and published in the City of Danville, Vermilion County, Illinois:

That a notice, of which the annexed is a true copy, has been regularly published, in said newspaper one time each day/week for _4_ successive days/weeks/times.

That the first of such publications was on the _8_ day of _Dec_ 20 _04_, and the last publication was on the _29_ day of _Dec_ 20 _04_.

That the COMMERCIAL-NEWS has been regularly published for at least six (6) months prior to the first publication of said notice: that the face of the type in which such publication was made is the same as the body type used in the classified advertising in the newspaper in which such publication was made.

That _Carol L. Nichols_ has been duly appointed as agent of said company and authorized to certify all certificates of publication required to be made on account of publications made in the COMMERCIAL-NEWS, and that such appointment is still in full force and effect.

IN WITNESS WHEREOF, the said COMMUNITY NEWSPAPER HOLDING INC., DBA THE COMMERCIAL-NEWS, PUBLISHER, aforesaid, has caused the corporate name to be hereinto affixed, and this certificate executed by _Carol L. Nichols_ its authorized Agent, on this _29_ day of _Dec_, A.D. 20 _04_.

Printer's Fee $_80.88_

COMMUNITY NEWSPAPER HOLDING INC.,
D.B.A. COMMERCIAL-NEWS

Date Paid _____ 20 ___ .       By: _Carol L. Nichols_
                                        *Authorized Agent*