United States District Court
Central District of Illinois

United States of America

    Plaintiff

Case No, 04-2093

**FILED**

JAN 2 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Vs.

Lisa J. Fleming, fka
Lisa J. Flores,

    Defendant,

### Assignment of Certificate of Purchase

This is in regards to the subject property 112 Coronado Catlin, IL 61817.
I Kenneth Tuelp, recently attended the U.S. Marshal sale on January 5, 2005 for this property. I was representing Mr. James Beddow in this purchase and acquired subject property for him. Mr. Beddow will be acquiring all financing in his name. Please have all paper work reflect Mr. James Beddow and remove my name from all paper work generated by in this transaction.

If you have any questions please feel free call 217-431-6030.

Sincerely,

Kenneth Tuelp

X _____
Notary Signature

_Tiffany M Jones_

"OFFICIAL SEAL"
TIFFANY M. JONES
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 12/06/06