E-FILED
Wednesday, 02 February, 2005  11:53:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2093 |
| LISA J. FLEMING, fka LISA J. FLORES, | ) |
| Defendant. | ) |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 17th day of February 2005, at 4:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

DATED this 2nd day February 2005.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY: s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of February 2005, I electronically filed the Notice of Hearing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lisa J. Fleming
    fka Lisa J. Flores
    P.O. Box 109
    Potomac, IL 61865

    James N. Beddow
    110 Morrison
    Tilton, IL 61833

    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.:  217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov