E-FILED
Thursday, 14 April, 2005   10:02:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2093 |
| | ) |
| LISA J. FLEMING, fka | ) |
| LISA J. FLORES, | ) |
| | ) |
| Defendant. | ) |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on May 11, 2004, and recorded in the Recorder's Office in Vermilion County, Illinois, on May 17, 2004, as Document No. 04-0006153, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on May 11, 2004, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holders of record is:   LISA J. FLEMING fka LISA J. FLORES

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 5 in Westwood First Addition to the Village of Catlin, as shown by the Survey and Plat thereof recorded in Book 850 page 118 et. seq. as Doc. No. 861098 in the Recorder's Office of Vermilion County, Illinois, situated in Vermilion County, Illinois.

    (v)  A common address or description of the location of the real estate is as follows:

        112 Coronado, Catlin, Illinois

    (vi)  An identification of the mortgage sought to be foreclosed is as follows:

        Name of Mortgagor: LISA J. FLEMING, fka LISA J. FLORES

        Name of mortgagee:  United States of America acting through United States Department of Agriculture

        Date of mortgage:   November 3, 1983 & September 14, 1987

        Date of recording:   November 3, 1983 & September 21, 1987

        County where recorded:   Vermilion County, IL

        Recording document identification:   As Doc. No. 83-7435 & As Doc. No. 87-8112

        Respectfully submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

        BY:   s/David H. Hoff
              DAVID H. HOFF
              United States Attorney
              201 S. Vine St., Suite 226
              Urbana, IL 61802
              Phone:  217/373-5875
              Fax: 217/373-5891
              david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.